

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MIGUEL MENDOZA,                    §              No. 08-17-00230-CR

                    Appellant,     §              Appeal from the

v.                                 §              41st District Court

THE STATE OF TEXAS,                §              of El Paso County, Texas

                    State.         §              (TC# 20140D02819)

                                   §

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **March 25, 2019.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before March 25, 2019.

IT IS SO ORDERED this 8th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.